DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. TOMLIN

No. 81 PC.

Case below: 27 N.C. App. 68.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975.

WRIGHT v. GANN

No. 72 PC.

Case below: 27 N.C. App. 45.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975.